UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVLIN BUSINESS SYSTEMS, INC,

    Plaintiff,

v.                                                                                          Case No. 05-C-1114

RGL SPECIALTY SERVICES, LLC,

    Defendant and Third-Party Plaintiff,

v.

M2 LOGISTICS, INC.,

    Third-Party Defendant and Fourth-Party Plaintiff,

v.

NG EXPRESS, INC. and U.S. MIDWEST FREIGHT, INC.,

    Fourth-Party Defendants.

**ORDER**

On June 5, 2007, this matter came before the court on the motion of counsel for plaintiff Davlin Business Systems, Inc., ("Davlin"), to withdraw from representation of the plaintiff on the grounds that Davlin had failed to maintain contact with its attorneys and had not paid the fees incurred by its attorneys. Davlin was given due notice of the motion and the date of the hearing, but failed to appear. The motion, therefore, was unopposed and based upon the foregoing,

**IT IS HEREBY ORDERED** that the motion of counsel for the plaintiffs to withdraw in this matter is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the plaintiff, Nixon and Peabody, LLP and Godfrey & Kahn, S.C. are hereby granted a lien on the claims asserted by Davlin against the defendants for all unpaid fees and expenses.

**IT IS ALSO ORDERED** that this matter is set for a status conference on **July 6, 2007, at 11:00 a.m.** Davlin must appear in court by counsel at that time or this matter will be dismissed pursuant to Civil L.R. 41.3. Counsel for the remaining parties may appear by telephone by contacting the clerk's office at (920) 884-3720.

Dated this __5th__ day of June, 2007.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge